# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**GREENPOINT AG LLC**                                                                                                **PLAINTIFF**

**VS.**                                            **5:15-CV-00312-BRW**

**SCOTT DAY FARM PARTNERSHIP.**, *et al.*                                                    **DEFENDANTS**

### ORDER

Plaintiff's Motion for Administrative Termination (Doc. No. 17) is GRANTED. Accordingly, this case is administratively terminated. The parties are directed to file a motion to reopen once the bankruptcy proceedings are over.

Defendants' Motion to Withdraw Counsel (Doc. No. 18) is GRANTED. However, because a corporation, generally, cannot proceed pro se, Defendants will need to obtain a new lawyer once this case is reopened.

IT IS SO ORDERED this 28th day of April, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE